

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2019

No. 04-19-00588-CV

**IN RE GUARDIANSHIP OF** Laverne T. **CADY**

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2018-PC-4312
Honorable Veronica Vasquez, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, this appeal is DISMISSED. We ORDER all costs of the appeal assessed against appellants.

It is so **ORDERED** on October 23, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2019.

_____
Luz Estrada, Chief Deputy Clerk